**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| BRENDA STOKES, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 3:12CV00258-JJV |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 7th day of February, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1